.NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTURING CORP.,**
*Defendant-Cross-Appellant.*

---

2011-1363, -1364

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

### ORDER

Robert Bosch LLC moves to dismiss these appeals for lack of jurisdiction. Pylon Manufacturing Corp. opposes. Bosch replies.

Bosch argues that this court lacks jurisdiction over the pending appeals because the issues of damages and willfulness have not yet been resolved by the district

court.  Under 28 U.S.C. § 1292(c)(2), this court has exclusive jurisdiction in appeals from judgments in patent infringement cases that are final except for an accounting.

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss is denied.

FOR THE COURT

**AUG 0 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark A. Pals, Esq.
    Mark A. Hannemann, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2011

JAN HORBALY
CLERK